UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT EARL HAWKINS #254254,

    Plaintiff,

v.

CORIZON MEDICAL, INC.,

    Defendant.
_____/

CASE NO. 1:16-CV-890

HON. ROBERT J. JONKER

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on June 14, 2017 (ECF No. 28). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 28) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend Complaint (ECF No. 10) is **GRANTED**, and Plaintiff's proposed amended complaint as to Keith Papendick, M.D. (ECF No. 11) shall be filed as of the date of this Order. A separate order regarding service of the amended complaint shall enter.

**IT IS FURTHER ORDERED** that Defendant Corizon Medical, Inc. be **DISMISSED** from this action, and that Corizon's Motion to Dismiss (ECF No. 17) be **DENIED** as moot.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel (ECF No. 13) is **DENIED**.

An amended Case Management Order shall issue establishing discovery and pretrial motion deadlines with respect to Plaintiff's claims against Dr. Papendick.


Date:   July 13, 2017              /s/ Robert J. Jonker
                                   ROBERT J. JONKER
                                   CHIEF UNITED STATES DISTRICT JUDGE